UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REBECCA VEGA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>L'OREAL USA, INC.,<br><br>　　　　　　　　　　Defendant. | Civ. No. 2:22-cv-02049 |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismiss their claims against Defendant L'Oreal USA, Inc. without prejudice. Neither an answer to the complaint nor a motion for summary judgment has been served. A class has not been certified. The parties agree to bear their own costs.

Dated: June 8, 2022

SO ORDERED.
/s/ Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: June 9, 2022

Respectfully submitted,

**SEEGER WEISS LLP**

By:　/s/ *Christopher A. Seeger*
　　Christopher A. Seeger

　　Christopher A. Seeger
　　Jeffrey S. Grand
　　Christopher L. Ayers
　　**SEEGER WEISS LLP**
　　55 Challenger Road, 6th Floor
　　Ridgefield Park, NJ 07660
　　Tel: 973-639-9100
　　Fax: 973-679-8656
　　cseeger@seegerweiss.com
　　jgrand@seegerweiss.com
　　cayers@seegerweiss.com
　　*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, I caused the forgoing Notice of Voluntary Dismissal to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record.

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER

Dated: June 8, 2022